# Court of Appeals
# of the State of Georgia

ATLANTA, January 26, 2017

*The Court of Appeals hereby passes the following order:*

**A17A0983. ECONOMY PROPERTIES, LLC v. TAMELA L. MCRAE d/b/a MAZEL'S RESTAURANTS, LLC.**

Tamela L. McRae, doing business as Mazel's Restaurants, LLC, sued Economy Properties, LLC, for unrefunded rent, CAM charges, and a security deposit after the premises she rented was totally destroyed by a fire. The trial court entered judgment in favor of McRae in the amount of $6,350, plus costs of court. Economy Properties then filed this direct appeal. We, however, lack jurisdiction.

Appeals in actions for damages in which the judgment is $10,000.00 or less must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (6), (b); *Jennings v. Moss*, 235 Ga. App. 357 (509 SE2d 655) (1998). Because Economy Properties failed to follow the required appellate procedure, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, 01/26/2017
    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.